UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLENN WHITING, and ARD PROPERTIES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:20-CV-54-TRM-DCP |
| ) | |
| CHRIS TREW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion to Compel [Doc. 25], wherein Defendants request the following: (1) a hearing with in-person testimony from Plaintiff, (2) party depositions be stayed pending resolution of this Motion, and that (3) the matter be heard on an expedited basis prior to Defendant Chris Trew's deposition on June 22, 2020. Defendants' Motion to Compel relates to a recorded conversation (hereinafter, the "Recording") between Plaintiff Glenn Whiting ("Whiting") and Defendant Trew, which Plaintiffs have not produced. The Recording has been the subject of two telephone conferences with the undersigned. [Docs. 15, 20].

Accordingly, the Court will address Defendants' Motion to Compel [Doc. 25] on **June 18, 2020, at 10:30 a.m.,** via video conference. The Court will contact the parties with the instructions on how to access the Court's video conference. Plaintiffs **SHALL** respond to Defendants' Motion to Compel [Doc. 25] on or before **June 16, 2020.** Plaintiff Glenn Whiting **SHALL** also be in attendance at the June 18 hearing.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge