UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GLENN WHITING, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:20-cv-54 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| CITY OF ATHENS, TENNESSEE, | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| *Defendant.* | ) | |

## VERDICT FORM

**QUESTION 1:**

Do you find that Plaintiff Glenn Whiting has proven by a preponderance of the evidence that Defendant City of Athens retaliated against him for engaging in constitutionally protected activity under Section 1983?

Yes: _____

No: \_\_\_\_X\_\_\_\_\_

<u>Note</u>: If you answered "Yes" to Question 1, proceed to Question 2 on the following page. If you answered "No" to Question 1, you need not go any further—please have the foreperson sign and date this form on the following page and return it to the court officer.



4-27-2022

**QUESTION 2 [Only if you answered "Yes" to Question 1]:**

If you answered "yes" to Question 1, which of the following actions by the City of Athens did you find were adverse actions sufficient to chill a person of ordinary firmness from continuing his protected activity? (Check all that apply).

Order to condemn and demolish the Pope Avenue building: _____

Three-day delay of work on awning at Washington Street building: _____

Delay of stonework on awning at Washington Street building: _____

Have the foreperson sign and date this form and return it to the court officer.

_____
FOREPERSON

_____
DATE