UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLENN WHITING, | ) |
| *Plaintiff*, | ) Case No. 3:20-cv-54 |
| v. | ) Judge Travis R. McDonough |
| CITY OF ATHENS, TENNESSEE, | ) Magistrate Judge Debra C. Poplin |
| *Defendant*. | ) |

## JUDGMENT ORDER

This action came before the Court for a trial by jury. At the close of proof, Defendant moved for a directed verdict under Rule 50 of the Federal Rules of Civil Procedure. The Court took the motion under advisement and submitted the case to the jury.

The jury rendered its verdict and found in favor of Defendant City of Athens, Tennessee. Pursuant to the jury's verdict, Plaintiff Glenn Whiting shall take nothing from Defendant City of Athens, Tennessee. Further, Plaintiff Glenn Whiting's claims for declaratory and injunctive relief in this case shall be denied. Defendant's motion for directed verdict is **DENIED AS MOOT**. The Clerk is **DIRECTED** to close the case.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT